STATE v. ALLEN

No. 69 PC.

Case below: 34 N.C. App. 165.

Petition by defendant for discretionary review under G.S. 7A-31 denied 11 November 1977.

STATE v. BARBEE

No. 62 PC.

Case below: 34 N.C. App. 66.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 November 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 November 1977.

STATE v. BROWN

No. 67 PC.

Case below: 34 N.C. App. 165.

Petition by defendant for discretionary review under G.S. 7A-31 denied 11 November 1977.

STATE v. CHURCH

No. 43 PC.

Case below: 34 N.C. App. 58.

Petition for defendant for discretionary review under G.S. 7A-31 denied 1 November 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 November 1977.

STATE v. FREEMAN

No. 44 PC.

Case below: 33 N.C. App. 756.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 18 October 1977.